

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00359-CV

IN RE FLORENCE M. HILL                              RELATOR

----------

ORIGINAL PROCEEDING
TRIAL COURT NO. 153-269974-14

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.[2]

PER CURIAM

PANEL: LIVINGSTON, C.J.; WALKER, J.; CHARLES BLEIL (Senior Justice, Retired, Sitting by Assignment).

DELIVERED: October 13, 2016

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

[2]Relator's motion for leave to file the mandamus petition is dismissed as moot.